FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFTON MAXWELL, | ) | CASE NO. ED CV 01-00131 VAP (RZ) |
|     Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ERNIE ROE, WARDEN, | ) | |
|     Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 2-22-08

                                                                      /s/ VIRGINIA A. PHILLIPS
                                                                     ~~VIRGINIA A. PHILLIPS~~
                                                                  UNITED STATES DISTRICT JUDGE

                                                                   STEPHEN G. LARSON
                                                         UNITED STATES DISTRICT JUDGE