FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CLIFTON MAXWELL, | ) | CASE NO. ED CV 01-00131 VAP (RZ) |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| ERNIE ROE, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of CLIFTON MAXWELL for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 2-22-08

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE