# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFTON MAXWELL, | ) | CASE NO. ED CV 01-00131 SGL (RZ) |
| Petitioner, | ) | |
| | ) | POST-REMAND JUDGMENT |
| vs. | ) | GRANTING CONDITIONAL |
| | ) | WRIT OF HABEAS CORPUS |
| ERNIE ROE, Warden, | ) | |
| Respondent. | ) | |

In accordance with the decision of the U.S. Court of Appeals for the Ninth Circuit, IT IS ORDERED that a writ of habeas corpus shall issue, commanding Respondent to release Petitioner from custody unless, within 120 days from the entry of this Judgment, the People of the State of California provide Petitioner with a new trial.

DATED: September 7, 2010

_Audrey B. Collins_

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE

CC: 9TH CCA/BOP/USM/USPO